No. 67425.—French Velvets, Inc. *v.* United States, protest 60/82 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon pile ribbons similar in use to silk pile ribbons and the record establishing that the merchandise was withdrawn from warehouse prior to the enactment of Public Law 85-645 (T.D. 54676), effective September 13, 1958, the claim of the plaintiff was sustained.   *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.

No. 67426.—Haddad & Sons *v.* United States, protest 62/8833 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 CCPA 136, C.A.D. 585), the claim of the plaintiff was sustained.

FEBRUARY 5, 1963

No. 67427.—Alpine Importers of California and American Express Co. *v.* United States, protest 61/22935.   Protest abandoned December 12, 1962.   (Not published.)   (Initial No. 61/6497.)   Plaintiff's application for rehearing granted.